## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEVAULT GROUP INC., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | NO. 21-4295 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| *Defendants*. | : | |

### **ORDER**

**AND NOW**, this 24th day of January, 2022, upon consideration of the parties' joint letter to the Court requesting a 30-day extension for Defendants to respond to Plaintiff's Complaint, it is hereby **ORDERED** that the joint request is **GRANTED**, and Defendants' deadline to respond to Plaintiff's Complaint is **EXTENDED** to **February 18, 2022**.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.