UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **Devault Group Inc.**, <br><br> Plaintiff, <br><br> v. <br><br> **City of Philadelphia**; **Pete Buttigieg**, in his official capacity as Secretary of Transportation, <br><br> Defendants. | Case No. 2:21-cv-04295-CDJ |

## STIPULATION OF DISMISSAL

TO THE CLERK:

    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), please mark the above-referenced matter dismissed without prejudice.

Date:  February 17, 2022          By:  /s/Walter S. Zimolong
                                                              Walter S. Zimolong, Esquire
                                                               wally@zimolonglaw.com
                                                               PO Box 552
                                                               Villanova, PA 19085
                                                               Attorneys for Plaintiff

                                                               APPROVED:

                                                               /s/ Hon. C. Darnell Jones II
                                                               Senior U.S. District Judge

                                                               Dated:  February 25, 2022